AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

SAMUEL GRANT, JR.,

    Plaintiff,

v.

MARTIN O'MALLEY, Commissioner of Social Security,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV423-033

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of this Court dated March 28, 2024, the Commissioner's decision is affirmed, and this case stands closed.

Approved by: *Christopher L. Ray*
**CHRISTOPHER L. RAY**
**UNITED STATES MAGISTRATE JUDGE**
**SOUTHERN DISTRICT OF GEORGIA**

March 29, 2024
*Date*

John E. Triplett, Clerk of Court
*Clerk*

*[signature]*
(By) Deputy Clerk

GAS Rev 10/2020